CHENANGO REALTY CORP., Respondent, v. ANTONE SCHOOL OF BEAUTY CULTURE, INC., Appellant.— Appeal from an order of the Supreme Court, Broome County Special Term, which denied defendant's motion for summary judgment. The overall issues are whether plaintiff exercised an option to renew a lease, and also whether there was an agreement with respect to an additional renewal. The Special Term held that issues of fact were involved that required a trial. Order unanimously affirmed, with $10 costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.